988 A.2d 563

DOLORES ENTRESS, PLAINTIFF–PETITIONER, v. KEVIN
ENTRESS, DEFENDANT–RESPONDENT.

January 14, 2010.

Denied.

988 A.2d 563

THE PRESBYTERIAN HOME AT PENNINGTON, INC.,
PLAINTIFF–RESPONDENT, v. THE BOROUGH OF
PENNINGTON, DEFENDANT–PETITIONER.

January 21, 2010.

Denied.